IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEBRA MAYS JACKSON**                                                                 **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 3:23cv3095-KHJ-MTP**

**TOM DUFF,** *et al.*                                                                 **DEFENDANTS**

## ORDER

This matter is before the Court *sua sponte* upon the filing of Defendants' Motion [35] to Dismiss and for Qualified Immunity and Motion [37] to Dismiss for Lack of Jurisdiction and for Failure to State a Claim which asserts various immunity defenses. Rule 16(b)(3)(B) of the Local Uniform Civil Rules provides as follows:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED that all discovery and disclosure requirements are hereby stayed pursuant to the Local Rules pending a ruling on the Motions [35] [37].

IT IS FURTHER ORDERED that counsel for Plaintiff shall promptly notify the Magistrate Judge of a decision on the Motions [35] [37] and shall submit a proposed order lifting the stay within seven (7) days of the ruling, if appropriate.

SO ORDERED this the 22nd day of July, 2024.

>                          s/Michael T. Parker
>                          UNITED STATES MAGISTRATE JUDGE