**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DEBRA MAYS JACKSON**                                             **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 23cv03095-KHJ-MTP**

**TOM DUFF, ET AL.,**                                         **DEFENDANTS**

## MOTION TO FILE EXHIBITS CONVENTIONALLY

**COMES NOW**, Plaintiff Debra Mays Jackson, by and through undersigned counsel and files this her Motion to file the exhibits to her Motion to File Responses Outside of Time to the Individual Defendants' Motion to Dismiss and for Qualified Immunity and the Motion to Dismiss of the Motion to Dismiss of the Mississippi Board of Trustees of State Institutions of Higher Learning and Individually Named Defendants in their Official Capacities and for grounds would show unto the Court the following, to-wit:

1. Plaintiff's responses to the motions to dismiss of the defendants were due on Friday, August 23, 2024.

2. Undersigned counsel filed a Motion to File the responses to the defendants' Motions to Dismiss Outside of Time on August 26, 2024. Undersigned counsel could not upload the exhibits referenced in her Motion to File Documents Outside of Time and seeks permission from this Court to file the exhibits conventionally with the clerk of the Court.

3.       Due to the straightforward nature of this motion, undersigned counsel prays that this Court will relieve her of her obligation to file a memorandum in support of her motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Debra Mays Jackson prays that this Court will grant her Motion to file the exhibits to her Motion to File Response Outside of Time conventionally.

**RESPECTFULLY SUBMITTED**, this the 26th   day of August 2024.

> By: //s// Lisa M. Ross
> LISA M. ROSS (MSB#9755)
> Post Office Box 11264
> Jackson, MS  39216
> (601) 981-7900 (Office)
> (601) 981-7917 (Facsimile)
> Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Lisa M. Ross, do hereby certify that I have this date electronically filed the above and foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all counsel of record.

**SO, CERTIFIED** this the 26th day of August 2024.

> //s// Lisa M. Ross