IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEBRA MAYS JACKSON**                                                               **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:23-cv-3095-KHJ-MTP**

**TOM DUFF, ET AL.**                                                    **DEFENDANTS**

*consolidated with*

**DEBRA MAYS JACKSON**                                       **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 3:24-cv-308-KHJ-MTP**

**BOARD OF TRUSTEES OF THE**
**INSTITUTIONS OF HIGH LEARNING**                          **DEFENDANT**

## ORDER CONSOLIDATING CASES

THIS MATTER is before the Court on Plaintiff's Motion to Consolidate [53] filed in Civil Action No. 3:23-cv-3095-KHJ-MTP.  In the Motion, Plaintiff requests that the Court consolidate Civil Action No. 3:23-cv-3095-KHJ-MTP with another action pending in the Court, Civil Action No. 3:24-cv-308-KHJ-MTP.  No opposition to the Motion has been filed.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court may consolidate actions involving common questions of law or fact, especially when doing so will avoid unnecessary costs or delay or will eliminate unnecessary repetition or confusion. *Miller v. United States Postal Serv.*, 729 F.2d 1033, 1063 (5th Cir. 1984); *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761-62 (5th Cir. 1989).  "A trial court has broad discretion in determining whether to consolidate a case pending before it." *Mills*, 886 F.2d at 762.

These cases arise from the same transaction and involve common questions of fact.  The Court finds that consolidation will preserve judicial resources and will serve to reduce expenses,

delay, and repetition. The Motion is unopposed, and the Court finds that these cases should be consolidated for all purposes, including trial.

    IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion to Consolidate [53] filed in Civil Action No. 3:23-cv-3095-KHJ-MTP is GRANTED;

2. These cases are hereby consolidated for all purposes, including trial. Pursuant to Local Rule 42, all future pleadings and filings shall be filed in Civil Action No. 3:23-cv-3095-KHJ-MTP.[1]

    SO ORDERED this the 19th day of September, 2024.

                                          s/Michael T. Parker
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] All discovery and disclosure requirements in Civil Action No. 3:23-cv-3095-KHJ-MTP are currently stayed pending rulings on Defendants' Motions to Dismiss [35] [37]. *See* Order [40].