IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEBRA MAYS JACKSON**                                                            **PLAINTIFF**

v.                                                            CIVIL ACTION NO. 3:23-cv-3095-KHJ-MTP

**TOM DUFF, ET AL.**                                                            **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion to Stay [61] filed by Defendant Mississippi Board of Trustees of State Institutions of Higher Learning ("IHL"). On January 6, 2025, the Court entered an Order [58] on Defendants' motions to dismiss. The Court dismissed many of Plaintiff's claims but allowed a Section 1983 Equal Protection sex discrimination claim against certain individual Defendants and a Title VII sex discrimination claim against IHL to proceed.

On January 15, 2025, the remaining individual Defendants appealed the Court's Order [58] denying in part their entitlement to qualified immunity as to Plaintiff's claims.

Then, on January 28, 2025, IHL filed the instant Motion to Stay [61]. IHL argues that because the individual Defendants' appeal stays any further proceedings as to them, the entire case should be stayed until the appeal is resolved to promote judicial efficiency and fairness.

The Motion is apparently unopposed,[1] and the Court finds good cause to grant the Motion. Accordingly, the proceedings will remain stayed pending the appeal pursuant to L.U. Civ. R. 16(b)(3)((B).[2]

---

[1] Plaintiff did not respond to the Motion [61] or file a notice that she did not intend to respond as required by L.U. Civ. R. 7(b)(3)(A).

[2] On July 22, 2024, the Court stayed all discovery and disclosure requirements pending a ruling on the motions to dismiss. *See* Order [40].

IT IS, THEREFORE, ORDERED that:

1. The Motion to Stay [61] is GRANTED;

2. All discovery and disclosure requirements are stayed pursuant to the Local Rules pending the appeal of the Court's Order [58]; and

3. Plaintiff shall promptly notify the Court of a ruling on the appeal of the Court's Order [58] and shall submit a proposed order lifting the stay.

SO ORDERED this the 14th day of February, 2025.

                                              s/Michael T. Parker
                                              UNITED STATES MAGISTRATE JUDGE