# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DEBRA MAYS JACKSON**                                                           **PLAINTIFF**

v.                                                  **CIVIL ACTION NO. 3:23-cv-3095-KHJ-MTP**

**TOM DUFF, ET AL.**                                                      **DEFENDANTS**

## **ORDER**

THIS MATTER is before the Court *sua sponte* for case management purposes. On January 6, 2025, the Court entered an Order [58] granting in part and denying in part the Defendants' motions to dismiss. On January 15, 2025, the remaining individual Defendants appealed the Court's Order [58]. Thereafter, Defendant Mississippi Board of Trustees of State Institutions of Higher Learning filed a Motion [61] seeking a stay of this action pending the outcome of the appeal. The Court granted the Motion [61], stayed all discovery and disclosure requirements pending the appeal, and directed Plaintiff to submit a proposed order lifting the stay after a ruling on the appeal was handed down. *See* Order [65].

On December 31, 2025, the Fifth Circuit's Judgment and Mandate [67] affirming this Court's Order [58] was filed of record. Since then, Plaintiff has not submitted a proposed order lifting the stay. Nevertheless, the Court finds that the stay should be lifted in order that the case may proceed.

IT IS, THEREFORE, ORDERED that:

1. The stay of discovery and disclosure requirements is lifted, and

2. Any defendant who has not yet filed an answer shall do so by January 22, 2026.

SO ORDERED this the 8th day of January, 2026.

                                                                           s/Michael T. Parker
                                                                           UNITED STATES MAGISTRATE JUDGE